Monte J. White and Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, Texas 76301
(940) 723-0099 Fax (940) 723-0096

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Irena Mae King | § | |
| Debtor | § | Case No. 08-70049-hdh-7 |
| And | § | Chapter 13 |
| Grady Fleming King | § | |
| Joint Debtor | § | |
| | § | |

DEBTOR'S REQUEST FOR PERMANENT EXEMPTION FROM CREDIT COUNSELING
AND FINANCIAL MANAGEMENT COURSE

I, Grady Fleming King, Joint Debtor (s) in this case, request that the court order that I am permanently exempt from the requirement to obtain credit counseling pursuant to 11 U.S.C § 109(h) and complete a personal financial management course (11 U.S.C.§727(a)(11).
I am a debtor in the above referenced bankruptcy case filed on February 11, 2008 and certify that I did not receive credit counseling required by 11 U.S.C. §109(h)(1) within the 180 days prior to filing of this petition.

☑  I am incapacitated or disabled, as defined in 11 U.S.C. §109(h)(4).

☐  I am on active military duty in a military combat zone.  Attached is a true and correct
copy of my military deployment orders.  See Exhibit A.

I/We certify under penalty of perjury that the foregoing is true and correct.  Executed on
February 11, 2008 at Wichita Falls, Wichita County, Texas.


/s/Grady Fleming King
Debtor

Respectfully submitted,

/s/Monte J. White
Attorney for the Debtor(s)