

**NORTHERN DISTRICT OF TEXAS**
**ENTERED**
**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 21, 2008**                                       **United States Bankruptcy Judge**

---

BTXN 188 (rev. 08/06)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                             §
Irena Mae King                                     §    Case No.:  08−70049−hdh7
Grady Fleming King                                 §    Chapter No.:  7
                         Debtor(s)                 §

**ORDER GRANTING DEBTOR'S REQUEST FOR PERMANENT EXEMPTION FROM CREDIT COUNSELING**

The Court, after consideration of the Debtor's Request for Permanent Exemption from Credit Counseling, finds that pursuant to 11 U.S.C.§ 109(h)(4), circumstances exist that merit an exemption of the requirements of 11 U.S.C. § 109(h)(1).

**IT IS ORDERED** that this request be **GRANTED** and that the Debtor is permanently exempt for the credit counseling requirement.

# # # End of Order # # #