Monte J. White & Associates, P.C.
Monte J. White, State Bar No. 00785232
1106 Brook Ave., Hamilton Place
Wichita Falls, TX  76102
(940)723-0099
(940)723-0096 Fax

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-70049-HDH-7 |
| | § | |
| Irena Mae King | § | CHAPTER 7 |
| AND | § | |
| Grady Fleming King | § | |
| DEBTOR(S) | § | |

MOTION TO WAIVE JOINT DEBTOR'S APPEARANCE
AT §341 MEETING OF CREDITORS AND DEBTOR EDUCATION

NOW COME, Debtors in the above referenced case, by and through their attorney, request a waiver of appearance at the Section §341 Meeting of Creditors and Debtor Education for Grady Fleming King.

1. Debtors filed this Bankruptcy case on February 12, 2008.

2. Debtors' Section §341 Meeting of Creditors has been scheduled for Tuesday March 25, 2008.

3. Joint Debtor, Grady Fleming King, is mentally and physically incapacitated and unable to attend the §341 Meeting of Creditors and unable to complete Debtor Education.  Debtor suffers from Alzheimers disease, is on oxygen twenty-four hours a day and can become violent at times.

4. Debtor, Irena Mae King, will appear in person for sworn testimony at §341 Meeting of Creditors.

5. Debtor, Irena Mae King, is Attorney-In-Fact for Grady Fleming King.    See Exhibit "A".

FOR THESE REASONS, Debtors request that the Motion to Waive Grady Fleming King's Appearance at the §341 Meeting of Creditors and to waive the requirement for Debtor Education be granted.

Respectfully submitted,

/s/Monte White
Monte J. White & Associates, P.C.
1106 Brook Ave.
Wichita Falls, TX  76301
Attorney for Debtor(s)
(940)723-0099
(940)723-0096 Fax

CERTIFICATE OF SERVICE

      I, Monte White, do hereby certify that on Thursday March 20, 2008, I served a true and correct copy of the foregoing to all parties on the mailing matrix by ECF and/or regular mail.

/s/Monte White
Attorney for Debtors

Label Matrix for local noticing
0539-7
Case 08-70049-hdh7
Northern District of Texas
Wichita Falls
Fri Feb 15 10:00:16 CST 2008

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Bank of America
201 N Tryon St
Charlotte, NC 28255-0001

Brown & Shapiro, L.L.P.
4620 Fairmont Parkway, Suite 108
Pasadena, TX 77504-3325

Burk Self Storage
216 N Oklahoma Cutoff
Burkburnett, Texas 76354-2147

Burkburnett RV Park
1202 E 3rd St.
Wichita Falls, Texas 76354-2156

Dillards
P.O. Box 960012
Orlando, FL 32896-0012

FNB Mena
No. 1 Financial Ctr Highway 71 S
Mena, AR 71953

Farm Bureau Bank
17300 Henderson Path
San Antonio, TX 78232-1663

Gemb-JC Penney
P.O. Box 984100
El Paso, TX 79998-4100

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75242-1001

Lane Bryant
P.O. Box 856620
Louisville, KY 40285-6620

Sears-CBSD
P.O. Box 6937
The Lakes, NV 88901-6937

Wells Fargo Bank, N.A.
7495 New Horizon Way
Frederick, MD 21703-8388

Wichita County Tax Assessor-Coll
Lou Murdock
P.O. Box 1471
Wichita Falls, TX 76307-1471

Grady Fleming King
P.O. Box 67
Burkburnett, TX 76354-0067

Irena Mae King
P.O. Box 67
Burkburnett, TX 76354-0067

Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Wichita Falls, TX 76301-5009

Shawn K. Brown
Chapter 7 Trustee
PO Box 93749
Southlake, TX 76092-0117

UST U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1011

End of Label Matrix
Mailable recipients    19
Bypassed recipients     0
Total                  19